IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS PEREDO,<br>　　　　　　　Plaintiff, | : | CIVIL ACTION |
| | : | **FILED** |
| v. | : | OCT 1 0 2013 |
| | : | |
| OFFICER ROBERT BAKOS, ET AL.,<br>　　　　　　　Defendants. | : | NO.　11-CV-6640 (TJR)　MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## ORDER

AND NOW this ___10 Th___ day of October, 2013, the parties having stipulated to voluntary dismissal of all federal claims against the police officers pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY ORDERED:

1.   The federal claims against Police Officer Robert Bakos, Police Officer Michael Weber and Police Officer Justin O'Brien are dismissed with prejudice.

2.   As the Court lacks subject matter jurisdiction over the remaining state common law intentional tort claims of assault and battery against the police officers, the Clerk of Court IS HEREBY ORDERED to certify transfer of the remaining claims to the jurisdiction of the First Judicial District of Pennsylvania Compulsory Arbitration Program for disposition under binding arbitration, as agreed by the parties to this action.

3.   Upon transfer of the remaining state common law intentional tort claims to the First Judicial District of Pennsylvania Compulsory Arbitration Program, this matter shall be marked closed.

IT IS SO ORDERED.

Thomas J. Rueter, U.S. Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS PEREDO, | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER ROBERT BAKOS, ET AL., | : | **NO.   11-CV-6640 (TJR)** |
| Defendants. | : | |

### STIPULATION

AND NOW, this 10th day of October, 2013, the parties to this action, through their undersigned counsel, do hereby stipulate as follows:

1. Voluntary dismissal of all federal claims against Police Officer Robert Bakos, Police Officer Michael Weber and Police Officer Justin O'Brien pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.

2. The remaining common law intentional tort claims of assault and battery against the police officers shall be transferred to the First Judicial District of Pennsylvania Compulsory Arbitration Program for disposition under binding arbitration.

3. Attached is the proposed Order.

IT IS AGREED:

Nicholas M. D'Alessandro, Jr., Esquire
Hill & Associates, P.C.
123 South Broad Street
Suite 1100
Philadelphia, PA  19109
(215) 567-7600 (tel)
(215) 525-4453 (fax)
nicholas@lkhlaw.com
Attorney for Plaintiff

Matthew Kevin Hubbard
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, Pa  19102-1595
(215) 683-5391 (tel)
(215) 683-5397 (fax)
matthew.hubbard@phila.gov
Attorney for Defendants